NUMBER 13-06-400-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

                            IN RE:  EDUARDO LOPEZ

________________________________________________________
_____  ____

 

                      On Petition for Writ of
Mandamus ___________________________________________________________________

 

                     MEMORANDUM OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Garza

                            Per Curiam
Memorandum Opinion[1]

 

Relator, Eduardo Lopez, filed
a petition for writ of mandamus in the above cause on July 14, 2006.  The Court,
having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not
shown himself entitled to the relief sought. 
Accordingly, relator's petition for writ of
mandamus is denied.  See Tex. R. App. P. 52.8(a).

 

PER CURIAM

 

Memorandum Opinion delivered and

filed this 14th day of
July, 2006.











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).